# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DALE FLYNN, JR.

VERSUS

TANGIPAHOA PARISH RECREATION
DIST. 39A, NORTH TANGIPAHOA
SOCCER ASSOCIATION,
TANGIPAHOA PARISH
GOVERNMENT, THE LOUISIANA
SOCCER ASSOCIATION, JODY
JOHNSON, MICHAEL LARRY
GARAFALO, ABC INSURANCE
COMPANY, DEF INSURANCE
COMPANY, GHI INSURANCE
COMPANY, JKL INSURANCE
COMPANY, MNO INSURANCE
COMPANY, AND PQR INSURANCE
COMPANY

NO.  2021 CW 1603

JULY 8, 2022

---

In Re:   Dale Flynn, Jr., applying for rehearing, 21st Judicial
         District Court, Parish of Tangipahoa, No. 20150000445.

---

**BEFORE:   McDONALD, LANIER, AND WOLFE, JJ.**

**APPLICATION FOR REHEARING DENIED.**

JMM
WIL
EW

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
   FOR THE COURT